

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY**,
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST**, the RE Family Trust and Shea Ungar a/k/a
Hershey Ungar, Trustee of the RE Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

We order that appellees the Conestoga Settlement Trust, the RE Family Trust, and Shea
Ungar a/k/a Hershey Ungar, Trustee of the RE Family Trust, recover their costs of this appeal from
appellant American National Insurance Company.

SIGNED July 30, 2014.

_____
Marialyn Barnard, Justice